# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BRENDA M. LOCKLEAR, | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 7:04-CV-111-F** |
| v. | ) | |
| | ) | |
| KECIA GAITHER, M.D., | ) | |
| Defendant. | ) | |

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the motion to tax costs under Rule 54(d) is ALLOWED. Defendant's alternative motion to tax costs under Rule 68 is DENIED as moot. Plaintiff is ORDERED to pay the costs submitted by Defendant, totaling $7,299.49.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **September 28, 2007**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Larry M. Coe
P.O. Box 870
Wilmington, NC 28402

C. David Creech
Walter G. Merritt
P.O. Drawer 1168
New Bern, NC 28563-1168

September 28, 2007
Date

DENNIS P. IAVARONE
Clerk of Court

/s/ Susan K. Enyart

*Wilmington, North Carolina*

*(By) Deputy Clerk*